UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG T. TRINH , <br><br> Plaintiff, <br><br> v <br><br> NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. CV 15-2424-FFM <br><br> ORDER FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND FOR COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that:

Plaintiff is awarded attorney fees and expenses in the amount of $3,300 subject to the terms of the Stipulation.

DATED: December 27, 2017

                                           /S/ FREDERICK F. MUMM
                                           FREDERICK F. MUMM
                                           United States Magistrate Judge

1